# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-cv-3783 |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ANSWER

Defendant U.S. Department of Justice ("Defendant" or "DOJ"), by undersigned counsel, hereby answers the numbered paragraphs of Plaintiff's Complaint (the "Complaint"; ECF No. 1) as follows:

1.      The allegations in this paragraph consists of Plaintiff's characterization of its Complaint, to which no response is required.

2.      The allegations in this paragraph constitute Plaintiff's conclusions of law, to which no response is required.

3.      The allegations in this paragraph constitute Plaintiff's conclusions of law, to which no response is required.

4.      The allegations in this paragraph constitute Plaintiff's conclusions of law, to which no response is required.

5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6.      Defendant admits DOJ is an agency of the government of the United States headquartered in Washington, D.C.  Defendant further admits that that the Office of Information Policy ("OIP") is a component of DOJ and processes FOIA requests on behalf of itself and several other DOJ components including the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, and Legal Policy.  Defendant also admits that the Executive Office of the United States ("EOUSA") is a component of DOJ and accepts and processes FOIA requests on behalf of the U.S. Attorneys' Offices.  The last sentence of this paragraph contains Plaintiff's legal conclusions, to which no response is required.

7.      Defendant admits that it received FOIA requests from Plaintiff dated February 14, 2020.  Defendant respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents.

8.      Defendant admits.

9.      Defendant admits.

10.     Defendant admits.

11.      Defendant admits.

12.     Defendant admits that it received FOIA requests from Plaintiff dated February 14, 2020.  Defendant respectfully refers the Court to the FOIA requests for a complete and accurate statement of their contents.

13.     Defendant admits.

14.     Defendant admits.

15.     Defendant admits.

16.     Defendant admits that on or about February 14, 2020, Plaintiff submitted a FOIA request to EOUSA.  Defendant respectfully refers the Court to the cited request for a complete and accurate statement of its contents.

17.     Defendant admits.

18.     Defendant admits.

19.     Defendant admits that on or about March 20, 2020, Plaintiff submitted to a FOIA request to EOUSA. Defendant respectfully refers the Court to the cited request for a complete and accurate statement of its contents.

20.     Defendant admits the request was acknowledged by EOUSA on March 24, 2020 and assigned it a tracking number.  Defendant avers that the tracking number is EOUSA-2020-002099, not EOUSA-2020/USAO-PAW.

21.     Defendant admits the allegations in this paragraph in so far as EOUSA had not yet issued a final response at the time the complaint was filed.  Defendant, however, avers that EOUSA responded with a no records response on January 22, 2021.

22.     This paragraph contains legal conclusions, to which no response is required. To the extent this paragraph is deemed to contain factual allegations, Defendant admits that at the time of the Complaint it had not issued a final determination or produced records in response to Plaintiff's FOIA requests.

23.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

24.     Defendant incorporates by reference its responses contained in Paragraphs 1-23.

25.     The allegations in this paragraph consist of legal conclusion, to which no response is required.

26.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

27.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

28.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

29.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

30.     Defendant incorporates by reference its responses contained in Paragraphs 1-29.

31.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

32.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

33.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

34.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

35.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

36.     The allegations in this paragraph consist of legal conclusions, to which no response is required.

The allegations in the Wherefore clause constitute a prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or any other relief.

Defendant denies any and all allegations of the Complaint not expressly admitted or denied herein.

**DEFENSES**

1.      Plaintiff is not entitled to compel production of information that is exempt from disclosure by one or more exemptions enumerated in the FOIA.  5 U.S.C. § 552(b).

February 8, 2021                                    Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General

                                                    MARCIA BERMAN
                                                    Assistant Branch Director

                                                    *s/Marcia K. Sowles*
                                                    MARCIA K. SOWLES
                                                    DC Bar No. 369455
                                                    Senior Trial Counsel
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street N.W.  Room 11028
                                                    Washington, D.C.  20530
                                                    Tel.: (202) 514- 4960
                                                    Fax: (202) 616- 8470
                                                    E-mail:  marcia.sowles@usdoj.gov

                                                    Attorneys for Defendant