# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-cv-3783 |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by this Court on February 9, 2021, counsel for Plaintiff American Oversight and Defendant Department of Justice ("DOJ") conferred and submit the following report on the Freedom of Information Act ("FOIA") requests at issue in this case:

1. American Oversight submitted four FOIA requests. It submitted the first two requests to both the DOJ's Office of Information Policy ("OIP") and the Executive Office of United States Attorneys ("EOUSA"). *See* Complaint, ECF No. 1, ¶¶ 7, 12. It submitted the third and fourth requests to EOUSA. *Id.* ¶¶ 16, 19

2. OIP administratively aggregated the two requests submitted to it under the single tracking number FOIA 2020-00226. OIP initiated a search for records responsive to the two requests directed to it and that search located 8,851 potentially responsive items. OIP anticipates it will be able to complete its initial responsiveness and deduplication review before April 1, 2021. At which point OIP will be in a position to meet and confer with Plaintiff, provide an update on its processing of the search results, and propose a processing schedule for the materials found to be responsive.

3.       As explained in its Complaint, American Oversight withdrew the first request to EOUSA based on EOUSA's representation that it planned to refer any responsive records to OIP for processing. *Id.* ¶ 10.  On January 22, 2021, EOUSA responded to the fourth request by stating it had no responsive records.  With respect to the two pending requests to EOUSA (EOUSA 2020-001606 and EOUSA 2020-001607), EOUSA has completed one search for both requests and located a total of approximately 1,400 pages of potentially responsive documents. At this time EOUSA does not know how many pages, from the 1,400 pages of potentially responsive documents, correlate to each request.   EOUSA anticipates reviewing approximately 250 pages of the potentially responsive documents a month starting in March and anticipates making its first interim response by April 1, 2021.

4.       The parties propose to file their next joint status report on April 1, 2021.

February 22, 2021                                    Respectfully submitted,

                                                                  BRIAN M. BOYNTON
                                                                  Acting Assistant Attorney General

                                                                  MARCIA BERMAN
                                                                  Assistant Branch Director

                                                                  *s/Marcia K. Sowles*
                                                                  MARCIA K. SOWLES
                                                                  DC Bar No. 369455
                                                                  Senior Trial Counsel
                                                                  United States Department of Justice
                                                                  Civil Division, Federal Programs Branch
                                                                  1100 L Street N.W.  Room 11028
                                                                  Washington, D.C.  20530
                                                                  Tel.: (202) 514- 4960
                                                                  Fax: (202) 616- 8470
                                                                  E-mail:  marcia.sowles@usdoj.gov

                                                                  Attorneys for Defendant

                                                                  /s/ Daniel A. McGrath
                                                                  DANIEL A. MCGRATH

D.C. Bar No. 1531723
American Oversight
1030 15th Street NW, B255
Washington, D.C. 20005
Tel: (202) 897-4213
E-mail: daniel.mcgrath@americanoversight.org

Attorney for Plaintiff