UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-cv-3783 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on February 23, 2021, counsel for Plaintiff American Oversight and Defendant Department of Justice ("DOJ") submit the following status report on the Freedom of Information Act ("FOIA") requests at issue in this case:

1. American Oversight submitted four FOIA requests. It submitted the first two requests to both the DOJ's Office of Information Policy ("OIP") and the Executive Office of United States Attorneys ("EOUSA"). *See* Complaint, ECF No. 1, ¶¶ 7, 12. It submitted the third and fourth requests to EOUSA. *Id*. ¶¶ 16, 19

2. As explained in the prior status report, OIP administratively aggregated the two requests submitted to it under the single tracking number FOIA 2020-00226. *See* ECF No. 6, ¶ 2. At the time of the prior report, OIP had initiated a search for records responsive to the two requests directed to it and that search located 8,851 potentially responsive items. *Id*. OIP has completed its initial responsiveness and deduplication review and has identified approximately 30 pages of material likely responsive to Plaintiff's request. OIP has sent these records out for consultation pursuant to the Department's regulations, 28 C.F.R. § 16.4(d), and expects to be able to provide its first response to Plaintiff on or around April 29, 2021.

1

3. As explained in the prior report, only two of the requests (EOUSA 2020-001606 and EOUSA 2020-001607) remain pending. ECF No. 6, ¶ 3. At the time of the prior report, EOUSA had completed one search for both requests and located a total of approximately 1,400 pages of potentially responsive documents. *Id*. EOUSA stated it anticipated reviewing approximately 250 pages of the potentially responsive documents a month starting in March and making its first interim response by April 1, 2021. On March 31, 2021, EOUSA made its first interim response. As explained in the response, EOUSA reviewed 272 pages. EOUSA released 3 pages in full. Pursuant to the Department of Justice's regulations, 28 C.F.R. § 16.4(d), EOUSA referred 189 pages to other agencies for consultation and will provide further responses regarding these pages after it completes the consultations. EOUSA found that that remaining 83 pages were either duplicates or non-responsive.

4. The parties propose to file their next joint status report on May 1, 2021.

Date: April 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*s/Marcia K. Sowles*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W. Room 11028
Washington, D.C. 20530
Tel.: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

3

Attorneys for Defendant

/s/*Daniel A McGrath*
DANIEL A. MCGRATH
D.C. Bar No. 1531723
American Oversight
1030 15th Street NW, B255
Washington, D.C. 20005
Tel: (202) 897-4213
E-mail: daniel.mcgrath@americanoversight.org

Attorney for Plaintiff