UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-cv-3783 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by this Court on April 8, 2021, counsel for Plaintiff American Oversight and Defendant Department of Justice ("DOJ") submit the following status report on the Freedom of Information Act ("FOIA") requests at issue in this case:

1. American Oversight submitted four FOIA requests. It submitted the first two requests to both the DOJ's Office of Information Policy ("OIP") and the Executive Office of United States Attorneys ("EOUSA"). *See* Complaint, ECF No. 1, ¶¶ 7, 12. It submitted the third and fourth requests to EOUSA. *Id.* ¶¶ 16, 19

2. <u>Status of OIP Processing</u>: As explained in the initial status report, OIP administratively aggregated the two requests submitted to it under the single tracking number FOIA 2020-00226. *See* ECF No. 6, ¶ 2. In the second joint status report, OIP stated that it had completed its search and its initial responsiveness and deduplication review of potentially responsive documents and identified approximately 30 pages of material likely responsive to Plaintiff's request. *See* ECF No.7, ¶ 2. OIP further stated that it had sent these records out for consultation pursuant to the Department's regulations, 28 C.F.R. § 16.4(d), and expected to be able to provide its first response to Plaintiff on or around April 29, 2021. *Id.* On April 29, 2021, OIP made its first

1

interim response. It released 18 pages in part with portions redacted pursuant to Exemptions 5 and/or 6 and withheld four pages in full pursuant to Exemption 5. OIP is awaiting responses from other components on the remaining six pages. OIP expects to make its next interim response by May 27, 2021.

3.  <u>Status of EOUSA Processing</u>: As explained in the initial report, only two of the requests (EOUSA 2020-001606 and EOUSA 2020-001607) remain pending. ECF No. 6, ¶ 3. In that report, EOUSA explained that it had completed one search for both requests and located a total of approximately 1,400 pages of potentially responsive documents. *Id.* EOUSA stated it anticipated reviewing approximately 250 pages of the potentially responsive documents a month starting in March. EOUSA made its first interim response by March 31, 2021. See ECF No. 7, ¶ 3. On April 30, 2021, EOUSA made its second interim response. As explained in the response, EOUSA reviewed 263 pages and found 19 pages to be responsive. EOUSA released 2 pages in full and released 3 pages in part with portions redacted pursuant to Exemptions 6, 7A or 7C. Pursuant to the Department of Justice's regulations, 28 C.F.R. § 16.4(d), EOUSA referred the remaining 14 pages to other another DOJ component for consultation and will provide further responses regarding these pages after it completes the consultations. EOUSA found the remaining 244 pages were either non-responsive or duplicates.

4.  The parties propose to file their next joint status report on June 4, 2021.

Date: May 3, 2021                                          Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General

                                            MARCIA BERMAN
                                            Assistant Branch Director

                                            *s/Marcia K. Sowles*
                                            MARCIA K. SOWLES

DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.  Room 11028
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant

/s/*Khahilia Y. Shaw*
KHAHILIA Y. SHAW
D.C. Bar No. 1616974
KATHERINE M. ANTHONY
D.C. Bar No. 1630524

American Oversight
1030 15th Street NW, B255
Washington, D.C. 20005
Tel: (202) 539-6507
E-mail: khahilia.shaw@americanoversight.org
          katherine.anthony@americanoversight.org

Attorneys for Plaintiff