UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 20-cv-3783 |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on June 11, 2021, counsel for Plaintiff American Oversight and Defendant Department of Justice ("DOJ") submit the following status report on the Freedom of Information Act ("FOIA") requests at issue in this case:

1. American Oversight submitted four FOIA requests. It submitted the first two requests to both the DOJ's Office of Information Policy ("OIP") and the Executive Office of United States Attorneys ("EOUSA"). *See* Complaint, ECF No. 1, ¶¶ 7, 12. It submitted the third and fourth requests to EOUSA. *Id*. ¶¶ 16, 19

2. <u>Status of OIP Processing</u>: OIP administratively aggregated the two requests submitted to it under the single tracking number FOIA 2020-00226. *See* ECF No. 6, ¶ 2. On May 27, 2021, OIP made its second and final response. *See* ECF No. 12, ¶ 2.

3. <u>Status of EOUSA Processing</u>: As explained in the initial report, only two of the requests (EOUSA 2020-001606 and EOUSA 2020-001607) remain pending. ECF No. 6, ¶ 3. In that report, EOUSA explained that it had completed one search for both requests and located a total of approximately 1,400 pages of potentially responsive documents. *Id*. EOUSA stated it anticipated reviewing approximately 250 pages of the potentially responsive documents a month

1

starting in March. On June 30, 2021, EOUSA made its fourth interim response. As explained in the response, EOUSA reviewed 289 pages. Pursuant to the Department of Justice's regulations, 28 C.F.R. § 16.4(d), EOUSA referred 12 pages to other DOJ components for consultation and will provide further responses regarding these pages after it completes the consultations. EOUSA withheld 17 pages in full and released 22 pages in part and 2 pages in full. EOUSA found the remaining 236 pages were either non-responsive or duplicates. EOUSA expects to make its next interim response on July 30, 2021.

4. The parties propose to file their next joint status report on August 6, 2021.

Date: July 2, 2021                                  Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General

                                                    MARCIA BERMAN
                                                    Assistant Branch Director

                                                    *s/Marcia K. Sowles*
                                                    MARCIA K. SOWLES
                                                    DC Bar No. 369455
                                                    Senior Trial Counsel
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street N.W. Room 11028
                                                    Washington, D.C. 20530
                                                    Tel.: (202) 514-4960
                                                    Fax: (202) 616-8470
                                                    E-mail: marcia.sowles@usdoj.gov

                                                    Attorneys for Defendant

                                                    /s/*Khahilia Y. Shaw*
                                                    KHAHILIA Y. SHAW
                                                    D.C. Bar No. 1616974

                                                    KATHERINE M. ANTHONY
                                                    D.C. Bar No. 1630524

                                                    American Oversight

1030 15th Street NW, B255  
Washington, D.C. 20005  
Tel: (202) 539-6507  
khahilia.shaw@americanoversight.org  
katherine.anthony@americanoversight.org  

Attorneys for Plaintiff