UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-cv-3783 |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on October 14, 2021, counsel for Plaintiff American Oversight and Defendant Department of Justice ("DOJ") submit the following status report on the Freedom of Information Act ("FOIA") requests at issue in this case:

1. American Oversight submitted four FOIA requests. It submitted the first two requests to both the DOJ's Office of Information Policy ("OIP") and the Executive Office of United States Attorneys ("EOUSA"). *See* Complaint, ECF No. 1, ¶¶ 7, 12. It submitted the third and fourth requests to EOUSA. *Id.* ¶¶ 16, 19

2. <u>Status of OIP Processing</u>: As explained in the initial status report, OIP administratively aggregated the two requests submitted to it under the single tracking number FOIA 2020-00226. *See* ECF No. 6, ¶ 2. On May 27, 2021, OIP made its second and final response. In its response, it explained that it had referred 15 pages to EOUSA for a direct response to Plaintiff. Since the last status report, in the course of providing Plaintiff additional information regarding its withholdings, OIP identified 15 additional pages of responsive records that it had mistakenly failed to include in its previous responses. On December 3, 2021, OIP made a supplemental

response withholding seven pages in part and withholding eight pages in full.

3. <u>Status of EOUSA Processing</u>: As explained in the initial report, only two of the requests (EOUSA 2020-001606 and EOUSA 2020-001607) remained pending when the parties filed their initial report. ECF No. 6, ¶ 3. In that report, EOUSA explained that it had completed one search for both requests and located a total of approximately 1,400 pages of potentially responsive documents. *Id.* EOUSA stated it anticipated reviewing approximately 250 pages of the potentially responsive documents a month starting in March. On August 27, 2021, EOUSA made its sixth and final response. EOUSA processed 31 pages that were previously sent for consult in previous months: 23 pages were withheld in full and 8 pages released in part.

4. The parties are continuing to confer in an attempt to resolve or narrow any issues regarding the responses. Pursuant to Plaintiff's request, OIP and EOUSA have provided Plaintiff further information explaining their withholdings and the searches conducted. Plaintiff is currently reviewing this information.

5. The parties propose to file their next joint status report on April 7, 2022.

Date: February 7, 2022                                         Respectfully submitted,

                                                               BRIAN M. BOYNTON
                                                                 Acting Assistant Attorney General

                                                               MARCIA BERMAN
                                                               Assistant Branch Director

                                                               <u>s/Marcia K. Sowles</u>
                                                               MARCIA K. SOWLES
                                                               DC Bar No. 369455
                                                               Senior Trial Counsel
                                                               United States Department of Justice
                                                               Civil Division, Federal Programs Branch
                                                               1100 L Street N.W.  Room 11028
                                                               Washington, D.C.  20530
                                                               Tel.: (202) 514- 4960
                                                               Fax: (202) 616- 8470

E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendant

/s/*Khahilia Shaw*
KHAHILIA SHAW
D.C. Bar No. 1616974

KATHERINE M. ANTHONY
D.C. Bar No. 1630524

American Oversight
1030 15th Street NW, B255
Washington, D.C. 20005
Tel: (202) 539-6507
khahilia.shaw@americanoversight.org
katherine.anthony@americanoversight.org

Attorneys for Plaintiff