UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

*Plaintiff,*

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendant.*

Civil Action No. 20-3783 (CRC)

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendant the U.S. Department of Justice hereby stipulate and agree, by and through their undersigned counsel, to the dismissal of this action without prejudice, with each side to bear its own attorney's fees and costs.

Respectfully submitted,

By: */s/ Khahilia Shaw*
KHAHILIA SHAW
D.C. Bar No. 1616974
AMERICAN OVERSIGHT
1030 15th Street NW, Suite B255
Washington, DC 20005
Phone: 202-539-6507
Khahilia.Shaw@americanoversight.org

*Counsel for Plaintiff*

Dated:  February 28, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

By:  */s/ Marcia K. Sowles*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice Civil
Division, Federal Programs Branch 1100 L
Street N.W.  Room 11028
Washington, D.C. 20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

*Counsel for Defendant*

1